UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------- x
                                            :
UNITED STATES OF AMERICA     :
                                            : **ORDER**
            - v. -                   :
                                            : 24 Cr. 698 (RMB)
HARLLYN PEREZ,                   :
                                            :
        Defendant.                   :
                                            :
                                            :
------------------------------- x

WHEREAS, with the defendant's consent, a change of plea hearing was held before United States Magistrate Judge Katharine H. Parker on December 17, 2024;

WHEREAS, a transcript of the change of plea hearing was made and thereafter was transmitted to the District Court;

WHEREAS, a copy of the plea agreement entered into by the parties was transmitted to the District Court; and

WHEREAS, upon review of that transcript, plea agreement, and the record in this case, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:     New York, New York
              1/6/25 , *RMB*

*RMB*
_____
THE HONORABLE RICHARD M. BERMAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK