**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                Government,   :   24 CR. 698 (RMB)
                                           :
     - against -                        :   **ORDER**
                                           :
                                           :
HARLLYN PEREZ,                             :
                                           :
                Defendant(s).  :
---------------------------------------------------------------x

The sentencing scheduled for Wednesday, March 19, 2025 at 10:00 A.M. will take place in Courtroom 17B.

Dated: March 12, 2025
       New York, NY

                                                RICHARD M. BERMAN
                                                     U.S.D.J.